AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ANTHONY PAUL SKINNER,

      Petitioner,        JUDGMENT IN A CIVIL CASE
  V.

                              CASE NUMBER: **3:09-CV-00064-LRH-RAM**

BILL DONAT, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

  March 3, 2010                             **LANCE S. WILSON**
                                                                  Clerk

                                                                    D. R. Morgan
                                                                  Deputy Clerk