# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTHONY PAUL SKINNER,            )
                                 )
    Petitioner,                  )    3:09-cv-0064-LRH-RAM
                                 )
vs.                              )    **ORDER**
                                 )
BILL DONAT, *et al.,*            )
                                 )
    Respondents.                 )
_____/

       Anthony Skinner, a Nevada prisoner, submitted a petition for writ of habeas corpus (attached at docket #1), pursuant to 28 U.S.C. § 2254, and filed an application to proceed in *forma pauperis* which was denied (docket #7) on February 5, 2009.  Petitioner wrote to the court three times seeking information about his filing fee payment or requesting additional time.  The court warned petitioner that failure to pay the fee on time could result in dismissal of his petition (dockets #3 and #7 and #9).  Petitioner failed to comply with the court's instructions, instead seeking additional time (docket #10) without identifying when exactly he could pay the filing fee.  Due to petitioner's failure to pay the filing fee in this matter despite having over a year to do so, the petition was dismissed without prejudice (docket #11 and #13) on March 3, 2010.

       On April 26, 2010, petitioner again wrote to the court requesting leave to pay the filing fee.  This request shall be denied.  No further documents shall be accepted for filing in this case.

       **IT IS THEREFORE ORDERED** that petitioner request to be allowed to pay the filing fee (docket #15) is **DENIED**.

///

1    **IT IS FURTHER ORDERED** that the Clerk shall not accept or file any other documents or
2 letters in this matter.
3    DATED this 3rd day of May, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2